UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLD REPUBLIC SURETY COMPANY,

    Plaintiff,

vs.                                      Case No. 8:16-cv-851-T-27AEP

FLORIDA GLASS OF TAMPA BAY, INC.,
API COMMERCIAL ARCHITECTURAL
PRODUCTS, INC., JOSEPH C. MURACO,
KERRI A. MURACO a/k/a KERRI A. BEALS,
KEVIN T. MULLAN,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Motion for *in camera* Review of Confidential Settlement Agreement and Renewed Motion for Order Reserving Jurisdiction to Enforce Settlement and for Administrative Closure of Action (Dkt. 58). The motion (Dkt. 58) is **DENIED without prejudice**. If the parties seek a reservation of jurisdiction to enforce the terms of their settlement agreement, the settlement agreement must be filed of record, absent a showing of extraordinary circumstances. *See Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992) ("Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case.").

**DONE AND ORDERED** this 31st day of August, 2017.

                                                      **JAMES D. WHITTEMORE**
                                                      **United States District Judge**

Copies to: Counsel of Record